UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO: 5:20-CV-00063-MOC

| | |
|---|---|
| KELSIE LYNN MODE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ANDREW M. SAUL, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Attorney Osterhout's Motion for Admission Pro Hac Vice, Doc. No. 5. Having considered the matter, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Admission Pro Hac Vice, Doc. No. 5, is **GRANTED**, and Attorney Osterhout is admitted to practice before the Bar of this Court for this particular case when appearing with Paul Eaglin, local counsel.

Signed: May 21, 2020

Max O. Cogburn Jr
United States District Judge